THE SISTERS OF THE ORDER OF SAINT DOMINIC OF SEA ISLE CITY, APPELLANT, v, CITY OF SEA ISLE AND THE STATE BOARD OF TAXES AND ASSESSMENT, RESPONDENTS.

Argued October 24, 1924—Decided January 19, 1925.

On appeal from the Supreme Court, in which the following *per curiam* was filed:

"The *certiorari* in this case brings under review an assessment of lands, buildings and furniture for the year 1923 of property located in Sea Isle City, Cape May county. It is claimed the property is exempt from taxation. The property is used by the sisters to recuperate during the summer vacation, each sister paying $7 per week while there. The assessment was confirmed by the Cape May county board of taxation and the state board of taxes and assessment. It is quite unnecessary to recite the facts. We think the property does not fall within the provisions of the statute permitting exemptions from taxation.

"The assessment is therefore confirmed, and the writ of *certiorari* dismissed."

For the appellant, *Charles K. Landis, Jr.,* and *John Milton.*

For the respondents, *James M. E. Hildreth.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion of the Supreme Court.

*For affirmance* — THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, PARKER, MINTURN, BLACK, KATZENBACH, LLOYD, WHITE, GARDNER, VAN BUSKIRK, CLARK, McGLENNON, KAYS, JJ. 14.

*For reversal*—None.